UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART SMITH, Individually and on behalf of all others similarly situated, Plaintiff | : : : : | CIVIL ACTION |
| | : | Case No.: 2:20-CV-3583-BMS |
| v. | : : : | |
| DIRECT BUILDING SUPPLIES, LLC and DOES 1 through 10, inclusive, and each of them, Defendants | : : : : | **DEMAND FOR JURY TRIAL** |

**DEFENDANT, DIRECT BUILDING SUPPLIES, LLC'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, Direct Building Supplies, LLC, by its attorneys Tucker Arensberg, P.C., hereby moves to dismiss Plaintiff's Amended Complaint, and in support thereof, states:

1. Plaintiff, Stewart Smith ("Plaintiff"), initiated this action by filing a Complaint before this Honorable Court on July 22, 2020, alleging negligent violations of the Telephone Consumer Protection Act, ("TCPA"), and willful violations of the TCPA on behalf of himself and two putative classes of allegedly similarly situated individuals. Doc. 1.

2. On September 17, 2020, Defendant, Direct Building Supplies ("Defendant"), filed an Uncontested Motion for Extension of Time to Respond to the Complaint. Doc. 3.

3. On October 30, 2020, Defendant moved to dismiss Plaintiff's Complaint. Doc. 6.

4. In response, on November 13, 2020, Plaintiff filed an Amended Complaint. Doc. 8.

5. Plaintiff's alleged two putative classes, the "ATDS Class," and the "DNC Class," should be dismissed as impermissible fail-safe classes.

6. Plaintiff's Amended Complaint fails to plead sufficient factual allegations to overcome the particularity requirements of Fed. R. Civ. P. 8(a)(2).

7. Plaintiff has not stated a viable claim for negligent violations of the TCPA.

8. Plaintiff has not stated a viable claim for willful violations of the TCPA.

9. Plaintiff has not plead sufficient facts to establish a do-not-call claim under the TCPA.

10. Plaintiff has not plead sufficient facts to establish he is a residential telephone subscriber, and therefore has a private right of action under the TCPA.

11. For the all of the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, Defendant hereby moves for an Order dismissing Plaintiff's Amended Complaint, with prejudice.

WHEREFORE, Defendant, Direct Building Supplies, LLC, requests this Honorable Court to dismiss Plaintiff's Amended Complaint, with prejudice.

**TUCKER ARENSBERG, P.C.**

Dated: November 25, 2020       By /s/ Kevin L. Hall
　　　　　　　　　　　　　　　　　Kevin L. Hall, PA I.D. No. 311826
　　　　　　　　　　　　　　　　　Brian J. Murren, PA I.D. #324567
　　　　　　　　　　　　　　　　　2 Lemoyne Drive, Suite 200
　　　　　　　　　　　　　　　　　Lemoyne, PA  17043
　　　　　　　　　　　　　　　　　Phone: (717) 221-7951
　　　　　　　　　　　　　　　　　Fax: (717) 232-6802
　　　　　　　　　　　　　　　　　khall@tuckerlaw.com
　　　　　　　　　　　　　　　　　bmurren@tuckerlaw.com
　　　　　　　　　　　　　　　　　*Attorneys for Defendant, Direct Building Supplies, LLC*

TADMS:5413340-1 033874-189817

## **CERTIFICATE OF SERVICE**

I, Kevin L. Hall, Esquire, of the law firm of Tucker Arensberg, P.C., hereby certify that I served a true and correct copy of the foregoing document this date through the Court's Electronic Case Filing (ECF) system on the individuals as follows:

Cynthia Z. Levin, Esquire
Todd M. Friedman, Esquire
1150 First Avenue, Suite 501
King of Prussia, PA 19406
*Attorneys for Plaintiffs*

**TUCKER ARENSBERG, P.C.**

Dated: November 25, 2020      By /s/ Kevin L. Hall
                                Kevin L. Hall, PA I.D. No. 311826
                                2 Lemoyne Drive, Suite 200
                                Lemoyne, PA  17043
                                Phone: (717) 221-7951
                                Fax: (717) 232-6802
                                khall@tuckerlaw.com
                                *Attorneys for Defendant*, Direct Building Supplies, LLC