IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART SMITH, individually and on behalf of all others similarly situated, | : : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIRECT BUILDING SUPPLIES, LLC and DOES 1 through 10, inclusive, and each of them, | : : : | No. 20-3583 |
| Defendants. | : | |

**ORDER**

AND NOW, this 7th day of October, 2021, upon consideration of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and Plaintiff's response thereto, and for the reasons provided in the Court's Memorandum dated October 7th, 2021, it is **ORDERED** that:

1. Defendant's Motion (Document No. 9) is **GRANTED**.

2. Plaintiff's First Amended Complaint is **DISMISSED without prejudice**.

3. Plaintiff is **GRANTED** leave to file an amended complaint by October 21st, 2021.

4. Defendant's Motion to Strike is **DENIED** as moot.

BY THE COURT:

Berle M. Schiller, J.