Todd M. Friedman, Esq. (SBN 310961)
Cynthia Z. Levin, Esq. (SBN 27050)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-589-5042
tfriedman@toddflaw.com
clevin@toddflaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DIRECT BUILDING SUPPLIES LLC, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 2:20-cv-03583-BMS <br><br> **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter in full, with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 25th Day of March, 2022,

                        By: <u>s/Todd M. Friedman, Esq.</u>
                           TODD M. FRIEDMAN
                           Attorney for Plaintiff

                        By: <u>s/Brian Murren, Esq.</u>
                           Brian Murren
                           Attorney for Defendant

## **CERTIFICATE OF SERVICE**

Filed electronically on March 25, 2022, with:

United States District Court CM/ECF system.

Notification sent electronically via the Court's ECF system on March 25, 2022,

to:

Honorable Berle M. Schiller
United States District Court
Eastern District of Pennsylvania


And all Counsel of Record as Recorded on the Electronic Service List.

This 25th day of March, 2022.


s/Todd M. Friedman
   Todd M. Friedman